Maura L. CELIS–GARCIA, Appellant,

v.

STATE of Missouri, Respondent.

WD 78663

Missouri Court of Appeals,
Western District.

FILED: April 26, 2016

Mark A. Grothoff, Columbia, MO for appellant.

Gregory L. Barnes, Jefferson City, MO for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Mark D. Pfeiffer and Cynthia L. Martin, Judges

ORDER

Per Curiam .

Maura L. Celis–Garcia appeals the circuit court's judgment denying her Rule 29.15 motion after an evidentiary hearing. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Joshua L. FIELDS, Appellant.

WD 78088

Missouri Court of Appeals,
Western District.

FILED: April 26, 2016

Robert J. Bartholomew, Jr., Jefferson City for respondent.

Emmett D. Queener, Columbia, MO for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Mark D. Pfeiffer and Cynthia L. Martin, Judges

ORDER

Per Curiam

Joshua Fields appeals from his convictions for attempted first-degree robbery, kidnapping, and two counts of armed criminal action. He contends the circuit court erred in allowing the State to admit a portion of his accomplice's videotaped statement to police because the statement improperly bolstered the accomplice's trial testimony. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. We have provided the parties with a Memorandum explaining the reasons for our decision, because no jurisprudential purpose would be served by a published opinion.

AFFIRMED. Rule 30.25(b).